CATHERINE P. HAINES, Respondent, v. ANNA KATZ, Appellant, and JOHN H. BORN and Others, Defendants.— Order denying motion of defendant Anna Katz for judgment affirmed, with ten dollars costs and disbursements.   No opinion. Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ., concur.

In the Matter of the Application of FRANCIS P. CALLAHAN, as Administrator of the Estate of PATRICK E. CALLAHAN, for the Judicial Settlement of the Final Account of PATRICK E. CALLAHAN, as Receiver of the Firm of CASS & APFEL, Respondent.   ALVIN C. CASS and CHARLES L. APFEL, Appellants.— Order settling accounts of deceased receiver affirmed, with ten dollars costs and disbursements.   No opinion.   Lazansky, P. J., Rich, Young and Scudder, JJ., concur; Kapper, J., dissents upon the ground that the value of the stock could not be used as a basis upon which to award commissions to the receiver.   (Appeal dismissed, 251 N. Y. 550.)

In the Matter of Proving the Last Will and Testament of MARY G. McCULLOUGH, Deceased, etc.   JOHN N. POLLOCK and FRANK O. CORWIN, Executors, etc., of MARY G. McCULLOUGH, Deceased, and HENRY HIRSCHBERG, as Special Guardian for ANNE REBECCA CORWIN and JOHN RICHARD GALLAGHER, Infants, etc., Appellants; PETER CANTLINE, Special Guardian for WILLIAM S. MONTGOMERY and MARGARET A. MONTGOMERY, Infants, etc., Respondents.— Decree of the Surrogate's Court of Orange county denying probate of the will of Mary G. McCullough and order denying motion for a new trial reversed upon the law and new trial ordered, costs to appellants to abide the event, payable out of the estate, and proceeding remitted to the Surrogate's Court of Orange county for further action in accordance with this decision.   The trial court erred in permitting Dr. Osterhout to testify at folios 719 and 773 that, in his opinion, the testatrix was incompetent to make a will at the time of its execution and prior thereto.   (Wyse v. Wyse, 155 N. Y. 367; Matter of Arnold, 14 Hun, 525; Matter of Mason, 60 id. 46, 54; Matter of Schmidt, 139 N. Y. Supp. 464, 473; 3 Chamberlayne Ev. [Ed. 1912] § 2429, p. 3280; Runyan v. Price, 15 Ohio St. 1, 14; Walker v. Walker's Executor, 34 Ala. 469, 473.)   Young, Hagarty, Seeger, Carswell and Scudder, JJ., concur.

SAMUEL LEVY, Appellant, v. THOMAS GANNON and NELLIE BRADY, Respondents, and TIDE REALTY CORPORATION, Defendant.— Judgment unanimously affirmed, with costs.   No opinion.   Present — Young, Hagarty, Seeger, Carswell and Scudder, JJ.

SAMUEL LEVY, Appellant, v. MARY HAWLEY and ANNIE GANNON, Respondents, and TIDE REALTY CORPORATION, Defendant.— Judgment unanimously affirmed, with costs.   No opinion.   Present — Young, Hagarty, Seeger, Carswell and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MANASSE MOUSKAJIAN, Appellant.— Judgment of conviction of the County Court of Nassau county reversed upon the law and the facts, and a new trial ordered.   We think that in the interests of justice there should be a new trial of this case.   The competency of the evidence with regard to previous threats by defendant is very questionable. The demonstration by one of the jurors on the view of the automobile was likewise improper.   Young, Hagarty, Seeger, Carswell and Scudder, JJ., concur.